**W. Lee McLANE, Petitioner,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

v.

**Nola McLANE, Petitioner,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

Nos. 21266, 21266–A.

United States Court of Appeals
Ninth Circuit.

May 25, 1967.

Thaddeus Rojek, Silver Spring, Md., for appellants.

Mitchell Rogovin, Asst. Atty. Gen., Lee A. Jackson, Gilbert E. Andrews, Jonathan S. Cohen, C. Moxley Featherston, Attys., Tax Div., Dept. of Justice, Washington, D. C., Lester Uretz, Chief Counsel, Internal Revenue Service, Washington, D. C., for appellee.

Before MADDEN, Judge, Court of Claims, and BARNES and DUNIWAY, Circuit Judges.

PER CURIAM:

This is a petition to review a decision of the Tax Court of the United States.

That decision is reported at 46 T.C. 140. We are of the opinion that the decision of the Tax Court is correct, for the reasons stated by it in its opinion.

Affirmed.

**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**RILEY AERONAUTICS CORPORATION, Respondent.**

No. 23600.

United States Court of Appeals
Fifth Circuit.

June 6, 1967.

Marcel Mallet-Prevost, Asst. Gen. Counsel, Leon M. Kestenbaum, Atty., N.L.R.B., Washington, D. C., Arnold Ordman, Gen. Counsel, Dominick L. Manoli, Associate Gen. Counsel, Marcel Mallet-Prevost, Asst. Gen. Counsel, Herman M. Levy, Leon M. Kestenbaum, Attys., N.L.R.B., for petitioner.

John E. Jenkins, Jr., Huntington, W. Va., Jenkins, Schaub & Fenstermaker, Huntington, W. Va., for appellee.

Before BROWN and SIMPSON, Circuit Judges, and SUTTLE, District Judge.

PER CURIAM:

The opposition of the Respondent to the Board's petition for enforcement is so devoid of any possible merit that the Court, upon completion of the Board's argument, ordered from the bench that the order be enforced.

Order enforced.